# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-3065

_____

Thomas A. Fascetti,                          *
                                             *
              Appellant,                     *
                                             *   Appeal from the United States
       v.                                    *   District Court for the
                                             *   Eastern District of Missouri.
International Paper Company, a                *
New York corporation,                        *          [UNPUBLISHED]
                                             *
              Appellee.                      *


_____

Submitted:  April 16, 1997

Filed:  May 7, 1997

_____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

_____


PER CURIAM.


        Thomas A. Fascetti appeals from the order of the District Court[1]
granting summary judgment to International Paper Company, the defendant in
this case of, among other things, alleged employment discrimination based
on age.  Having considered the briefs and record and the arguments of the
parties, we conclude that no error of law appears and that summary judgment
was correctly entered against Fascetti on all of his claims.

_____

[1]The Honorable Donald J. Stohr, United States District Judge
for the Eastern District of Missouri.

Accordingly, the judgment of the District Court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT